Charles L. Murray III, SBN. 195053
8605 Santa Monica Boulevard
PMB 82716
West Hollywood, California 90069
Telephone (213) 627-5983
Facsimile (213) 627-6051
Email: cmurray@cm3law.com

Attorney for Creditor GOLDEN STATE SEAFOOD

**FILED & ENTERED**

**JAN 31 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Rainbow Children's Academy Corp.,<br><br>Debtor | Case No:    2:21-bk-19067-BB<br><br>Chapter 7<br><br>**ORDER GRANTING GOLDEN STATE SEAFOOD'S MOTION (i) DISMISSING BANKRUPTCY CASE OF DEBTOR RAINBOW CHILDREN'S ACADEMY CORP. AND (ii) IMPOSING A 180-DAY BAR TO REFILING**<br><br>Date:    January 26, 2022<br>Time:   10:00 A.M.<br>Place:  Courtroom 1539<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>            **VIDEO APPEARANCE** |

**TO DEBTOR RAINBOW CHILDREN'S ACADEMY AND ITS ATTORNEY OF RECORD, AND TO ALL INTERESTED PARTIES.**

   **PLEASE BE ADVISED** that on January 26, 2022 at 10:00 a.m., Creditor Golden State Seafood's ("GOLDEN STATE") Motion for order dismissing the bankruptcy case of Debtor RAINBOW CHILDREN'S ACADEMY CORP. ("RAINBOW") and imposing a 180-day bar to refiling another bankruptcy case came about for regularly calendared hearing.  After considering Golden State's Motion, its supporting memorandum, and with no opposition having been filed and the

debtor having failed to attend the hearing on the Motion, for the reason set forth on the record at the time of hearing on the Motion, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Golden State's Motion to dismiss is **GRANTED.**
2. The above chapter 11 case is **DISMISSED.**
2. Debtor Rainbow Children's Academy Corp. is hereby barred from refiling any bankruptcy petition under Title 11 of the Bankruptcy Act for **one hundred eighty days (180) from entry of this Order.**

###

Date: January 31, 2022

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT "1"

ORDER DISMISSING BANKRUPTCY CASE