# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Rainbow Children's Academy Corp
**SSN:** N/A
**EIN:** 35−2495491

1213 Centinela Avenue
Inglewood, CA 90302

**BANKRUPTCY NO.** 2:21−bk−19067−BB
**CHAPTER** 7

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 31, 2022

For The Court,
**Kathleen J. Campbell**
Clerk of Court

Form ndwr Rev. 06/2017

**19 / WAW**